IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TIERONE BANK, a federal savings bank, | ) ) ) | |
| Plaintiff, | ) ) | 4:08CV3267 |
| V. | ) ) | |
| UNITED STATES OF AMERICA, | ) ) | ORDER |
| Defendant. | ) ) | |

Upon the plaintiff's unopposed oral motion,

IT IS ORDERED: The deadline for filing the Report of Parties' Rule 26(f) Planning Conference is continued to April 13, 2009.

DATED this 30th day of March, 2009.

BY THE COURT:

S/ *David L. Piester*
David L. Piester
United States Magistrate Judge