IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEBRASKA

| | |
|---|---|
| TIERONE BANK, a federal savings bank, | ) |
| Plaintiff, | ) |
| v. | ) Civil No. 4:08-CV-3267 |
| UNITED STATES OF AMERICA, | ) |
| Defendant. | ) |

**Order**

For good cause shown, the United States' Unopposed Motion to Continue Planning Conference [Filing No. 17] is granted. The telephone planning conference will be held on August 10, 2009 at 10:30 a.m.

Plaintiff's counsel shall place the call.

Dated: June 8, 2009

BY THE COURT

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge