IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TIERONE BANK,<br>a federal savings bank, | )<br>)<br>) | Case No. 4:08-cv-3267 |
| Plaintiff, | )<br>) | |
| v. | )<br>) | **PLAINTIFF'S MOTION TO DISMISS**<br>**WITHOUT PREJUDICE** |
| UNITED STATES<br> OF AMERICA, | )<br>)<br>) | |
| Defendant. | ) | |

    COMES NOW Plaintiff, TierOne Bank, pursuant to Fed. R. Civ. P. 41(a)(2), and hereby moves the Court to enter an Order dismissing without prejudice Plaintiff's Complaint, with each party to bear its own costs. Plaintiff's counsel has been in contact with counsel for the United States, and Defendant does not object to this Motion to Dismiss without Prejudice.

    WHEREFORE, Plaintiff TierOne Bank moves the Court for an Order to dismiss, without prejudice, the Complaint filed by Plaintiff, with each party to pay its own costs.

    DATED this 15th day of October, 2009.

                                    TIERONE BANK, Plaintiff

                                    By:   /s/ Terry C. Dougherty
                                           Terry C. Dougherty, #11064
                                           WOODS & AITKEN LLP
                                           301 South 13th Street, Suite 500
                                           Lincoln, NE  68508
                                           Telephone:   (402) 437-8500
                                           Facsimile:   (402) 437-8558
                                           E-mail:  tdougherty@woodsaitken.com

00320766

-2-

## CERTIFICATE OF SERVICE

    I hereby certify that on the 15th day of October, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system under which notification of such filing shall be sent to the following:

        Michael R. Pahl
        michael.r.pahl@usdoj.gov,Central.taxcivil@usdoj.gov

        By:    s/ Terry C. Dougherty
               Terry C. Dougherty, No. 11064
               Attorney for Plaintiff
               TierOne Bank