IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TIERONE BANK, a federal savings bank, | ) ) ) | |
| Plaintiff, | ) ) | 4:08CV3267 |
| V. | ) ) | |
| UNITED STATES OF AMERICA, | ) ) | **JUDGMENT** |
| Defendant. | ) ) ) | |

Pursuant to Plaintiff's motion to dismiss without prejudice (filing 24), Plaintiff's representation that Defendant does not object to Plaintiff's motion, and Fed. R. Civ. P. 41, this action is dismissed without prejudice, each party to pay its own attorneys' fees and costs.

October 19, 2009.

BY THE COURT:
*Richard G. Kopf*
United States District Judge